**UNITED STATES BANKRUPTCY COURT, SOUTHERN DISTRICT OF FLORIDA**

www.flsb.uscourts.gov

**CHAPTER 13 PLAN (Individual Adjustment of Debts)**

| | | |
|---|---|---|
| ☐ | _____ | Original Plan |
| ☐ | _____ | Amended Plan (Indicate 1st, 2nd, etc. Amended, if applicable) |
| ■ | 4th | Modified Plan (Indicate 1st, 2nd, etc. Modified, if applicable) |

DEBTOR: Maria DeNubilo          JOINT DEBTOR: _____          CASE NO.: 18-21057-PDR

SS#: xxx-xx- 0753          SS#: xxx-xx- _____

## I.   NOTICES

To Debtors:   Plans that do not comply with local rules and judicial rulings may not be confirmable. All plans, amended plans and modified plans shall be served upon all creditors and a certificate of service filed with the Clerk pursuant to Local Rules 2002-1 (C)(5), 3015-1(B)(2), and 3015-2. Debtor(s) must commence plan payments within 30 days of filing the chapter 13 petition or within 30 days of entry of the order converting the case to chapter 13.

To Creditors:   Your rights may be affected by this plan. You must file a timely proof of claim in order to be paid. Your claim may be reduced, modified or eliminated.

To All Parties:   The plan contains no nonstandard provisions other than those set out in paragraph VIII. Debtor(s) must check one box on each line listed below in this section to state whether the plan includes any of the following:

| | | |
|---|---|---|
| The valuation of a secured claim, set out in Section III, which may result in a partial payment or no payment at all to the secured creditor | ☐ Included | ■ Not included |
| Avoidance of a judicial lien or nonpossessory, nonpurchase-money security interest, set out in Section III | ☐ Included | ■ Not included |
| Nonstandard provisions, set out in Section VIII | ■ Included | ☐ Not included |

## II.   PLAN PAYMENTS, LENGTH OF PLAN AND DEBTOR(S)' ATTORNEY'S FEE

**A.   MONTHLY PLAN PAYMENT:** This Plan pays for the benefit of the creditors the amounts listed below, including trustee's fees of 10%, beginning 30 days from the filing/conversion date. In the event the trustee does not retain the full 10%, any unused amount will be paid to unsecured nonpriority creditors pro-rata under the plan:

1.   $1,055.91          for months   1   to  28  ;

2.   $880.85          for months   29   to  36  ;

3.   $992.66          for months   37   to  84  ;

**B.   DEBTOR(S)' ATTORNEY'S FEE:**          ☐ NONE   ☐ PRO BONO

| | | | | | |
|---|---|---|---|---|---|
| Total Fees: | $7800.00 | Total Paid: | $1000.00 | Balance Due: | $6800.00 |

Payable   $132.21   /month (Months  1   to  28  )

Payable   $150.00   /month (Months  29   to  36  )

Payable   $39.55   /month (Months  37   to  84  )

Allowed fees under LR 2016-l(B)(2) are itemized below:
$3,500.00 for CH 13 atty. fees and $2,500.00 for MMM program and $1,050.00 for two (2) Motions to Modify and $750.00 for 84 month plan.

Applications for compensation must be filed for all fees over and above the Court's Guidelines for Compensation.

## III.   TREATMENT OF SECURED CLAIMS

**A.   SECURED CLAIMS:** ☐ NONE

[Retain Liens pursuant to 11 U.S.C. §1325 (a)(5)] Mortgage(s)/Lien on Real or Personal Property:

1.   Creditor: Branch Banking & Trust Company

Address: POB 1847          Arrearage/ Payoff on Petition Date   $61,327.56
Wilson, NC 27894          Payoff (Including 5% monthly interest)   $721.03   /month (Months  1   to  28  )

| Last 4 Digits of | | Payoff (Including 5% monthly interest) | $150.00 | /month (Months 29 to 36 ) |
| Account No.: | 8961 | Payoff (Including 5% monthly interest) | $832.06 | /month (Months 37 to 84 ) |

Other: _____

☑ Real Property                                   Check one below for Real Property:

   ☑ Principal Residence                    ☑ Escrow is included in the regular payments

   ☐ Other Real Property                    ☐ The debtor(s) will pay  ☐ taxes  ☐ insurance directly

Address of Collateral:
205 SE 3 St., Dania Beach, FL 33004

☐ Personal Property/Vehicle

Description of Collateral: _____

---

2. Creditor: Affiliated Tax Co LLC - 17

   Address: PO Box 645040              Arrearage/ Payoff on Petition Date    $2,033.31
           Cincinnati, OH              Payoff (Including 5% monthly interest)   $50.54   /month (Months 1 to 28 )
           45264-5040                  Payoff (Including 5% monthly interest)   $77.28   /month (Months 29 to 36 )

Last 4 Digits of
Account No.:       0360

Other:       2016 real property taxes

☑ Real Property                                   Check one below for Real Property:

   ☑ Principal Residence                    ☐ Escrow is included in the regular payments

   ☐ Other Real Property                    ☐ The debtor(s) will pay  ☐ taxes  ☐ insurance directly

Address of Collateral:
SE 3 St., Dania Beach, FL 33004

☐ Personal Property/Vehicle

Description of Collateral: _____

---

3. Creditor: HMLC Florida, LLC

   Address: 801 Maplewood Dr., #4          Arrearage/ Payoff on Petition Date    $2,672.54
           Jupiter, FL 33458           Payoff (Including 5% monthly interest)   $63.99   /month (Months 1 to 28 )
                                       Payoff (Including 5% monthly interest)   $110.11  /month (Months 29 to 36 )

Last 4 Digits of
Account No.:       0360

Other:       2017 real property taxes

☑ Real Property                                   Check one below for Real Property:

   ☑ Principal Residence                    ☐ Escrow is included in the regular payments

   ☐ Other Real Property                    ☐ The debtor(s) will pay  ☐ taxes  ☐ insurance directly

Address of Collateral:
205 SE 3 St., Dania Beach, FL 33004

☐ Personal Property/Vehicle

Description of Collateral: _____

---

4. Creditor: Broward County Tax Collector

   Address: 115 S. Andrews Ave.            Arrearage/ Payoff on Petition Date    $3,093.84

| | | | |
|---|---|---|---|
| Ft. Lauderdale, FL 33309 | Payoff (Including 18% monthly interest) | $21.04 | /month (Months 1 to 28 ) |
| | Payoff (Including 18% monthly interest) | $313.08 | /month (Months 29 to 36 ) |

Last 4 Digits of
Account No.: _____ 0360 _____

Other: _____ 2018 real property taxes _____

■ Real Property                                           Check one below for Real Property:

　■ Principal Residence                          ☐ Escrow is included in the regular payments

　☐ Other Real Property                         ☐ The debtor(s) will pay ☐ taxes ☐ insurance directly

Address of Collateral:
205 SE 3 St., Dania Beach, FL 33004

☐ Personal Property/Vehicle

Description of Collateral: _____

**B.** **VALUATION OF COLLATERAL:** ■ NONE

**C.** **LIEN AVOIDANCE** ■ NONE

**D.** **SURRENDER OF COLLATERAL:** Secured claims filed by any creditor granted stay relief in this section shall not receive a distribution fom the Chapter 13 Trustee.

　■ NONE

**E.** **DIRECT PAYMENTS:** Secured claims filed by any creditor granted stay relief in this section shall not receive a distribution fom the Chapter 13 Trustee.

　☐ NONE

　■ The debtor(s) elect to make payments directly to each secured creditor listed below. The debtor(s) request that upon confirmation of this plan the automatic stay be terminated in rem as to the debtor(s) and in rem and in personam as to any codebtor(s) as to these creditors. Nothing herein is intended to terminate or abrogate the debtor(s)' state law contract rights.

| | Name of Creditor | Last 4 Digits of Account No. | Description of Collateral (Address, Vehicle, etc.) |
|---|---|---|---|
| 1. | Ally Financial | 4289 | 2009 Toyota Corolla |

**IV.** **TREATMENT OF FEES AND PRIORITY CLAIMS** [as defined in 11 U.S.C. §507 and 11 U.S.C. § 1322(a)(4)]

　**A.** **ADMINISTRATIVE FEES OTHER THAN DEBTORS(S)' ATTORNEY'S FEE:** ■ NONE

　**B.** **INTERNAL REVENUE SERVICE:** ■ NONE

　**C.** **DOMESTIC SUPPORT OBLIGATION(S):** ■ NONE

　**D.** **OTHER:** ■ NONE

**V.** **TREATMENT OF UNSECURED NONPRIORITY CREDITORS**

　**A.** Pay _____ $0.00 _____ /month (Months 1 to 36 )

　　Pay _____ $30.81 _____ /month (Months 37 to 84 )

　　Pro rata dividend will be calculated by the Trustee upon review of filed claims after bar date.

　**B.** ☐ If checked, the Debtor(s) will amend/modify to pay 100% to all allowed unsecured nonpriority claims.

　**C.** **SEPARATELY CLASSIFIED:** ■ NONE

　　*Debtor(s) certify the separate classification(s) of the claim(s) listed above will not prejudice other unsecured nonpriority creditors pursuant to 11 U.S.C. § 1322.

**VI.** **EXECUTORY CONTRACTS AND UNEXPIRED LEASES:** Secured claims filed by any creditor/lessor granted stay relief in this section shall not receive a distribution from the Chapter 13 Trustee.

　■ NONE

**VII.** **INCOME TAX RETURNS AND REFUNDS:** ■ NONE

**VIII.** **NON-STANDARD PLAN PROVISIONS** ☐ NONE

☑ Nonstandard provisions must be set forth below. A nonstandard provision is a provision not otherwise included in the Local Form or deviating from it. Nonstandard provisions set out elsewhere in this plan are void.

   1.  The Debtor will pay the real property taxes for 2018 and all subsequent tax years by May 31st of each year.

   2.  The payments to Branch Banking & Trust Company on the real property located at 205 SE 3 St., Dania Beach, FL 33004 extend to 84 months interest included - $51,655.40 at 5% interest over 84 months totals $61,327.56.

☐ Mortgage Modification Mediation

**PROPERTY OF THE ESTATE WILL VEST IN THE DEBTOR(S) UPON PLAN CONFIRMATION.**

I declare that the foregoing chapter 13 plan is true and correct under penalty of perjury.

|                          Debtor              |                        Joint Debtor          |
|----------------------------------------------|----------------------------------------------|
| Maria DeNubilo            Date               |                          Date                |

| /s/ Lloyd A. Baron, Esq.          1/21/2021 |
|---------------------------------------------|
| Attorney with permission to sign on    Date |
|          Debtor(s)' behalf                  |

**By filing this document, the Attorney for Debtor(s) or Debtor(s), if not represented by counsel, certifies that the wording and order of the provisions in this Chapter 13 plan are identical to those contained in Local Form Chapter 13 Plan and the plan contains no nonstandard provisions other than those set out in paragraph VIII.**